UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Anthony Jackson,

      Plaintiff,

 v.          9:07-CV-0651
            Lead Case

Auburn Correctional Facility, et al.,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Anthony Jackson,

      Plaintiff,

 v.          9:07-CV-0659
            Member Case

Department of Correctional Services, et al.,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

  This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

  No objections to the May 8, 2009 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

  It is, therefore, ORDERED that:

(1) Plaintiff's IFP status is VACATED; and

(2) In the event plaintiff does not submit the $350.00 filing fee within thirty (30) days from the date of this Order, the Complaint will be DISMISSED without further order of the Court.

IT IS SO ORDERED.

Dated: June 15, 2009

/s/ Thomas J. McAvoy
Thomas J. McAvoy
Senior, U.S. District Judge